**Opinion issued July 11, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00217-CV**

_____

**MCJ ENGINES, LLC AND MOHIT JAGWANI, Appellants**

**V.**

**ROBERT KEARNEY, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-81114**

## MEMORANDUM OPINION

On June 9, 2023, appellee filed a motion to dismiss, asserting that appellants, among other things had not paid this Court's filing fee. We held this motion for ten days to permit appellants the opportunity to respond, but they filed no response. *See* TEX. R. APP. P. 10.3(a).

Appellants have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Appellants failed to respond to our notice that, should appellants not pay the fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

Accordingly, we grant appellee's motion and dismiss the appeal on the ground that appellants have not paid the filing fee. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.